FRANK STOUT and ARTHUR STOUT, Copartners, etc., Appellants, v. STEEL-DUCT COMPANY, INC., Respondent.— Determination so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

S. FREDERIC TAYLOR, Respondent, v. ANGEL INTERNATIONAL CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MEYER TITOFSKY, Respondent, v. WINTHROP ASTOR CHANLER and LEWIS CHANLER, Individually and as Trustees of JOHN W. CHANLER, Deceased, Appellants.— Determination affirmed and judgment absolute directed in favor of the plaintiff against the defendants, upon the stipulation of defendants, with costs to the plaintiff, respondent, in all courts. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATHAN LEFKOWITZ, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HAGAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent, v. CHAMBERS CARTING COMPANY and CLARENCE LOCKETT, Defendants, Impleaded with JAMES J. GUY, Appellant.— Order modified by granting plaintiff's motion to strike out the second defense only of said defendant's answer, as contained in paragraph marked " seventh " of said answer, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent, v. MUTUAL PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

VINCENT AVARELLO, Appellant, v. JOSEPH LOEB and LOUIS WEINBERG, Respondents, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ELIZABETH KELLY, Respondent, v. ORLANDO DEPIETRO, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of LOUISE KESSLER, Respondent, v. LUCIEN MARCOTTE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HELEN M. DOWNING and JAMES E. DOWNING, Respondents, v. GRECIAN A. COOPER and GILBERT P. COOPER, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FIDELITY TRUST COMPANY OF NEW YORK, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.: Merrell and O'Malley, JJ., dissent and vote to reverse and deny the motion.